UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARRELL D. CURNE,<br><br>Plaintiff,<br><br>-against-<br><br>THOMSON REUTERS CORPORATION, RELIX INC., AND EYE4FRAUD LLC,<br><br>Defendants. | 26-CV-5605 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

The Court is in receipt of Plaintiff's request for an extension of time to pay the filing fees in this action. (ECF 6.) However, Plaintiff paid the fees to proceed with this action on August 11, 2026. As such, Plaintiff's request is denied as moot.

This order resolves the motion at ECF 6.

SO ORDERED.

Dated: November 2, 2025
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge