UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRELL D. CURNE,

Plaintiff,

– *against* –

THOMSON REUTERS CORPORATION, RELIX INC., *and* EYE4FRAUD LLC,

Defendants.

**ORDER**

26-cv-5605 (ER)

RAMOS, D.J.:

On November 13, 2026, Relix, Inc. filed a motion to dismiss, doc. 15. Accordingly, Curne is directed to respond to the motion by **December 18, 2026**.

It is SO ORDERED.

Dated: November 18, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.